IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Errika Brown,<br><br>Plaintiff,<br><br>v.<br><br>S.C. Johnson & Son, Inc.,<br><br>Defendant. | Case No.  22 C 50001<br>Judge Philip G. Reinhard |

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $        ,

      which ☐ includes        pre–judgment interest.
              ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: This case is dismissed with prejudice.

---

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Philip G. Reinhard to dismiss case with prejudice.

Date:  1/13/2023                                  Thomas G. Bruton, Clerk of Court

                                                                  /s. Rhonda Jones , Deputy Clerk